UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 294-7880
Attorney for Debtors

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas M. Friedman and
Kimberlee M. Friedman

Case No.: 18-29965

Chapter: 13

Judge: Christine M. Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____Andrew G. Greenberg, Esq._____ for the reduction of time for a hearing on  debtors' Motion for an Order authorizing the sale of debtors' real property
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____6/19/19_____ at __9:00 am__ in the United States Bankruptcy Court, __402 East State Street Trenton NJ  08608__, Courtroom No. __3__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and secured creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Secured Creditors__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*