UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 294-7880
Attorney for Debtors

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas M. Friedman and
Kimberlee M. Friedman

Case No.: 18-29965

Chapter: 13

Judge: Christine M. Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____Andrew G. Greenberg, Esq._____ for the reduction of time for a hearing on __debtors' Motion for an Order authorizing the sale of debtors' real property__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____6/19/19_____ at __9:00 am__ in the United States Bankruptcy Court, __402 East State Street Trenton NJ  08608__, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee and secured creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
Unsecured creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Secured Creditors__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-29965-CMG
Douglas M. Friedman                                                             Chapter 13
Kimberlee M. Friedman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 07, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db/jdb         +Douglas M. Friedman,    Kimberlee M. Friedman,    3 Livingston Court,    Marlboro, NJ 07746-2746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                    Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew G. Greenberg    on behalf of Joint Debtor Kimberlee M. Friedman
               a.greenberglawfirm@verizon.net
              Andrew G. Greenberg    on behalf of Debtor Douglas M. Friedman a.greenberglawfirm@verizon.net
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   VW Credit, Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@msbnj.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9