Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  18–29965–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas M. Friedman                          Kimberlee M. Friedman
3 Livingston Court                           3 Livingston Court
Marlboro, NJ 07746                           Marlboro, NJ 07746

Social Security No.:
   xxx–xx–7275                                xxx–xx–0985

Employer's Tax I.D. No.:

_____

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on June 17, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 61 – 53
Order Granting Application For Retention of Professional C21/Mack Morris Iris Lurie–Carrie Moyer as Sellers' real estate agent (Related Doc # 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/17/2019. (dmi)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 17, 2019
JAN: dmi

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-29965-CMG
Douglas M. Friedman                                                           Chapter 13
Kimberlee M. Friedman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Jun 17, 2019
                               Form ID: orderntc         Total Noticed: 0


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r               C21/Mack Morris Iris Lurie,   47 Route 9 South
                                                                          TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Andrew G. Greenberg    on behalf of Joint Debtor Kimberlee M. Friedman
         a.greenberglawfirm@verizon.net
        Andrew G. Greenberg    on behalf of Debtor Douglas M. Friedman a.greenberglawfirm@verizon.net
        Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
         njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor   VW Credit, Inc. kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@msbnj.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9