Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29965–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas M. Friedman
3 Livingston Court
Marlboro, NJ 07746

Kimberlee M. Friedman
3 Livingston Court
Marlboro, NJ 07746

Social Security No.:
xxx–xx–7275

xxx–xx–0985

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 17, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 62 – 52
Order Granting Application For Retention of Professional Daniel H. Green, Esq. as Special Counsel (Related Doc # 52). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/17/2019. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 17, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas M. Friedman  
Kimberlee M. Friedman  
      Debtors

Case No. 18-29965-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 17, 2019  
                Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.  
sp          +Daniel Green,    Goldzweig, Green, Eiger Biedzynski,    4400 Route 9,    Suite 2200,      Freehold, NJ 07728-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:

       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Andrew G. Greenberg    on behalf of Joint Debtor Kimberlee M. Friedman a.greenberglawfirm@verizon.net  
       Andrew G. Greenberg    on behalf of Debtor Douglas M. Friedman a.greenberglawfirm@verizon.net  
       Charles G. Wohlrab    on behalf of Creditor WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Denise E. Carlon    on behalf of Creditor VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor VW Credit, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Ross J. Switkes    on behalf of Trustee Andrea Dobin rswitkes@msbnj.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 9