**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 294-7880
Attorney for Debtors

Order Filed on June 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Douglas M. Friedman and
Kimberlee M. Friedman

Case No.: 18-29965

Chapter: 13

Judge: Christine M. Gravelle

**ORDER AUTHORIZING RETENTION OF**

Keller Williams-Oksana Caspento

The relief set forth on the following page is **ORDERED**.

**DATED: June 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain    Keller Williams-Oksana Caspento

as    Buyers' real estate agent   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   Keller Williams
   50-B Route 9 North
   Morganville, NJ 07751

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29965-CMG
Douglas M. Friedman                                                       Chapter 13
Kimberlee M. Friedman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jun 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db/jdb        +Douglas M. Friedman,    Kimberlee M. Friedman,   3 Livingston Court,    Marlboro, NJ 07746-2746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew G. Greenberg    on behalf of Joint Debtor Kimberlee M. Friedman
           a.greenberglawfirm@verizon.net
          Andrew G. Greenberg    on behalf of Debtor Douglas M. Friedman a.greenberglawfirm@verizon.net
          Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   VW Credit, Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9