Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–29965–CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas M. Friedman
1001 Whispering Way
Apt. 41
Aberdeen, NJ 07747

Kimberlee M. Friedman
1001 Whispering Way
Apt. 41
Aberdeen, NJ 07747

Social Security No.:
  xxx–xx–7275                                       xxx–xx–0985

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 25, 2019</u>                  <u>Christine M. Gravelle</u>
                                                    Judge, United States Bankruptcy Court